IN THE UNITED STATES OF AMERICA
DISTRICT OF ARIZONA
TUSCON DIVISION

Robert James Swint,
Alexis Nichole Swint,
　　　　Plaintiffs,

-VS-

Amazon's Alexa,
Ro-Lex Watch Company,
Saint Nicholas Co.,
Alexus Car Dealership,
Nicholas Hockley,
Kevin Roberts,
AU Cricket Sports,
　　　　Defendants,

NEW COMPLAINT
Civil Action:
CV-21-208-TUC-RM

FILED
RECEIVED
MAY 1 7 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

## COMPLAINT

### Jurisdiction

42 USC §§ 2000E Discrimination

### Facts.

1. Since the beginning of time there are the ones doing all the work And there twins getting credit, there twins getting in trouble, And the worker goes down for it, the chinese

virus, And its coming to an end by associating the people so they dont get dis-combobulated, or dis lexia, or become Bogled, Robert Zane Bogle, en Vogue, VO-ID reversed OVID, S, And For the Record International Flavors & Fragrances is the C.I.A. And all there activities, Bush Boake Allen is F.B.I., And International Paper is the USA, And FaceBoake was the test to take out the 62 Billion Ring. Hence the raid on 1-6-21, Planned 9/1 1941, See 9/4, Sept 4 2001, 7 to 11 like to mini mart, And So on Robert S. Mueller.

Relief.

I got 3 July Birthdays coming up, I got the WHO bride, Miss Marie on July 6, Alisha Anal Gusher on July 23rd, The Olympics, but no lexi, 7-21-10 her bday, bidens Financial Reform bill, ID-10-T. Here. Signed [signature] Robert Swint
2600 Center St, NE
Salem, OR 97301