**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert James Swint, et al., | No. CV-21-00208-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Amazon's Alexa, et al., | |
| Defendants. | |

Plaintiffs filed a pro se Complaint on May 17, 2021 (Doc. 1), but they did not pay the filing fee or file an application to proceed in forma pauperis. On October 1, 2021, the Court ordered Plaintiffs to show cause why this action should not be dismissed for failure to pay the required filing fee. (Doc. 4.) Plaintiffs have not responded to the Court's Order, and the time for doing so has expired.

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the above-captioned case is **dismissed** based on Plaintiffs' failure to pay the filing fee or file an application to proceed in forma pauperis. The Clerk of Court is directed to close this case.

Dated this 29th day of October, 2021.

_____
Honorable Rosemary Márquez
United States District Judge